# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION: NO. 1:26-CV-86

| | |
|---|---|
| ALEX LEEOR, individually and d/b/a WebGuru., <br><br> Plaintiff, <br><br> v. <br><br> AZRA BERTRAND and SEREN BERTRAND, <br><br> Defendants. | **DEFENDANTS' PARTIAL MOTION TO DISMISS** |

Defendants Azra Bertrand and Seren Bertrand, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Court for an Order partially dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted. Specifically, Defendants move to dismiss:

1. All causes of action against Defendant Seren Bertrand;

2. The First Cause of Action against Defendant Azra Bertrand, to the extent it seeks recovery for alleged unpaid hosting fees following expiration of the initial contract term;

3. The Second Cause of Action against Defendant Azra Bertrand;

4. The Third Cause of Action against Defendant Azra Bertrand;

5. The Fourth Cause of Action against Defendant Azra Bertrand; and

6. The Fifth Cause of Action against Defendant Azra Bertrand, or in the alternative, a limitation of any recovery to the unpaid invoice amounts actually billed by Plaintiff.

In support of this Motion, Defendants rely upon the Memorandum of Law in Support of Defendants' Partial Motion to Dismiss filed contemporaneously herewith, the pleadings and exhibits on file with this Court, and such other argument as the Court may permit.

**WHEREFORE**, Defendants respectfully request that this Court grant this Partial Motion to Dismiss and award such other and further relief as the Court deems just and proper.

March 26, 2026

/s/James P.A. Twisdale

James P.A. Twisdale
Twisdale Law, PC
324 E. St. John Street Suite B2
Spartanburg, SC 29302
704-995-6202
patrick@twisdalelaw.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to the pro se plaintiff in this matter. I also caused to be served copies of the foregoing via first-class U.S. Mail to the following:

**Leeor, Alex**
1235 East Blvd, Suite E
PMB 5076
Charlotte, NC 28203

March 26, 2026

/s/James P.A. Twisdale

James P.A. Twisdale
Twisdale Law, PC
324 E. St. John Street Suite B2
Spartanburg, SC 29302
704-995-6202
patrick@twisdalelaw.com
Attorney for Defendants